IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MANUEL C. SEDILLOS,**

**Plaintiff,**

**vs.**                                                                    No. CV 10-1063 JAP/WDS

**UNITED COLLECTION BUREAU, INC,**

**Defendant.**

### MINUTE ORDER

This matter is before the Court pursuant to a telephonic discovery conference held on April 20, 2011.  The parties had been partially successful in drafting a Protective Order, but two issues remained unresolved.  The Court, having reviewed the proposed Protective Order of each party, and heard oral argument of counsel, finds that disputed Paragraph 3 should not be included in the Protective Order, and disputed Paragraph 13 should be included in the final order.  Plaintiff should submit a final version of the Protective Order for the Court's signature.

IT IS SO ORDERED.

_____
W. Daniel Schneider
United States Magistrate Judge