IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MANUEL C. SEDILLOS,**

**Plaintiff,**

**vs.**                                       No. CV 10-1063 WJ/WDS

**UNITED COLLECTION BUREAU, INC,**

**Defendant.**

ORDER GRANTING MOTION TO EXTEND
CASE MANAGEMENT DEADLINES

This matter comes before the Court on Plaintiff's Motion to Extend Case Management Deadlines (Doc. No. 49). Although Defendant does not agree with many of the factual characterizations in the motion, they do not oppose the relief requested. No trial date has been set. Accordingly, the Court will grant the motion.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion to Extend Case Management Deadlines (Doc. No. 49) is granted. All existing case management deadlines are extended for an additional 90 days.

**W. DANIEL SCHNEIDER**
**United States Magistrate Judge**