IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MANUEL C. SEDILLOS

    Plaintiff,

                                      v.No. 1:10-CV-01063-WJ/WDS

UNITED COLLECTION BUREAU, INC.

    Defendant.

## STIPULATED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND PENDING DISCOVERY DEADLINES

THIS MATTER having come before the Court upon an unopposed motion submitted by Defendant United Collection Bureau, Inc. ("UCB"), and having been fully advised of the premises, FINDS that there are good grounds to extend the deadlines for the pending discovery matters described in UCB's Motion until Friday August 26, 2011.

IT IS THEREFORE ORDERED THAT that the deadlines for the following discovery matters are extended until Friday August 26, 2011: 1) UCB's Response to Plaintiff's Second Motion to Compel (Doc. No. 66); 2) UCB's Response to Plaintiff's Motion for Order to Show Cause (Doc. No. 65); and 3) UCB's Responses to Plaintiff's Third Set of Discovery Requests (Doc. No. 58).

_____
HONORABLE W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By:                 */s/ Zachary R. Cormier*

    Jennifer G. Anderson
    Zachary R. Cormier
    *Attorneys for the Defendant*
    Post Office Box 2168
    Albuquerque, New Mexico  87103-2168
    Telephone: 505.848.1800
    jga@modrall.com
    zrc@modrall.com


APPROVED AS TO FORM:

By: *Approved telephonically on August 22, 2011*

    Richard N. Feferman, Esq.
    Charles Parnall, Esq.
    Feferman & Warren
    300 Central Ave. S.W.
    Suite 2000 West
    Albuquerque NM  87102
    *Attorneys for Plaintiff*

Y:\dox\client\84768\0001\PLEADING\W1538030.DOCX