IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MANUEL C. SEDILLOS

       Plaintiff,

    v.                                                    No. 1:10-CV-01063-WJ/WDS

UNITED COLLECTION BUREAU, INC.,

       Defendant.

## JOINT NOTICE TO THE COURT OF NEW AUTHORITY
## RELEVANT TO PENDING SUMMARY JUDGMENT MOTIONS

Plaintiff Manuel Sedillos and Defendant United Collection Bureau, Inc. (collectively the "Parties") hereby notify the Court that the Tenth Circuit rendered an opinion on December 21, 2011 which, in part, concerns the term "communication" as defined by the Federal Debt Collection Practices Act, 15 U.S.C. 1692. *See Marx v. Gen. Rev. Corp.*, 2011 U.S. App. LEXIS 25284, 3-6 (10th Cir. 2011). Given the recent filing of the opinion, neither of the Parties discussed *Marx v. Gen. Rev. Corp.* within their briefs concerning their respective motions for summary judgment. The Parties do not request additional briefing regarding this new authority, but rather leave it to the Court's discretion as to its application to the issues involved in the summary judgment briefing.

                Respectfully submitted,

                MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

                By: */s/ Zachary R. Cormier*
                    Jennifer G. Anderson
                    Zachary R. Cormier
                    Post Office Box 2168
                    Albuquerque, New Mexico  87103-2168
                    Telephone: 505.848.1800
                    jga@modrall.com; zrc@modrall.com

FEFERMAN & WARREN

By: /s/ Approved electronically on 1/23/2012
　　　Charles Parnall
　　　Richard N. Feferman
　　　300 Central Ave., SW, Suite 2000 West
　　　Albuquerque, New Mexico 87102
　　　(505) 243-7773

*Y:\dox\client\84768\0001\PLEADING\W1626013.DOCX*