IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MANUEL C. SEDILLOS

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　　　　No.  10-CV-1063 WJ/WDS

UNITED COLLECTION BUREAU, INC.,

    Defendant.

## RULE 58 JUDGMENT

THIS MATTER comes before the Court on Plaintiff's Motion for Partial Summary Judgment, filed March 20, 2012 **(Doc. 112)** and Defendant's Motion for Summary Judgment, filed November 21, 2011 **(Doc. 114)**.  Pursuant to the findings and conclusions set forth in the Memorandum Opinion and Order which accompanies this Rule 58 Judgment;

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Plaintiff's Motion for Partial Summary Judgment **(Doc. 112)** is hereby DENIED, and that Defendant's Motion for Summary Judgment **(Doc. 114)** is hereby GRANTED, thus disposing of this case on its merits and in its entirety.

                                                   UNITED STATES DISTRICT JUDGE